**Dismissed and Opinion Filed November 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00768-CV

**DREAM CREEK ENTERPRISES, INC. AND RAMEY J. KEITH, Appellants**

**V.**

**BBL BUILDERS, L.P., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13721**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Myers
Opinion by Justice Bridges

On November 11, 2015, appellants filed a motion to dismiss this appeal in which they state the parties have reached an agreement to settle and compromise their differences in the suit.

This Court hereby grants the motion to dismiss and orders the appeal dismissed. *See* TEX. R. APP. P. 42.1(a).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

150768F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DREAM CREEK ENTERPRISES, INC.
AND RAMEY J. KEITH, Appellants

No. 05-15-00768-CV          V.

BBL BUILDERS, L.P., Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-13721.
Opinion delivered by Justice Bridges.
Justices Francis and Myers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered November 19, 2015.